**SO ORDERED.**
**SIGNED this 3rd day of July, 2019**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Nicholas W. Whittenburg
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATED BANKRUPTCY COURT
### EASTERN DISTRICT OF TENNESSEE
### SOUTHERN DIVISION

In Re:                                )
   Terry Maurice McClendon        )    Chapter 13
   Erica Patrice McClendon        )
   Debtor(s)                      )    Case No. 1:15-bk-14938-NWW
                                      )

### AGREED ORDER

This matter came before the Court, on the Trustee's Motion to Dismiss for Failure to Submit Tax Refund. Based upon the Motion and the debtor(s)' willingness to increase the dividend to unsecured creditors, the Court finds that the Trustee's Motion to Dismiss for Failure to Submit Tax Refund should be denied. It is,

ORDERED that the Trustee's Motion to Dismiss is denied without prejudice;

ORDERED that the divided to unsecured creditors shall be increased by $1250.00 which represents the tax refund payable to the Trustee of tax year 2015.

IT IS SO ORDERED.

###

IT IS SO ORDERED

/s/ Eron H. Epstein
Eron H. Epstein #7007
Attorney for Debtor(s)
713 Cherry Street
Chattanooga, Tennessee 37402
(423) 267-1512

/s/
CHAPTER 13 TRUSTEE
Kara L. West, Trustee (25744)
Cherie N. Knotts, Attorney (27360)
Tracey L. Weibert, Attorney (20123)
P.O. Box 511
Chattanooga, TN 37401
(423) 265-2261