UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

In re:  TERRY MAURICE MCCLENDON § Case No. 15-14938-NWW
      ERICA PATRICE MCCLENDON §
                                          §
           Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

KARA L WEST, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 11/06/2015.

2) The plan was confirmed on 03/25/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was completed on 08/18/2021.

6) Number of months from filing or conversion to last payment: 69.

7) Number of months case was pending: 72.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $10,202.00.

10) Amount of unsecured claims discharged without full payment: $26,620.72.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 65,453.00 | |
| Less amount refunded to debtor(s) | $ 16,754.00 | |
| **NET RECEIPTS** | | $ 48,699.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,850.00 | |
| Court Costs | $ 310.00 | |
| Trustee Expenses & Compensation | $ 1,777.89 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,937.89 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ADVANCED CHECK CASH | Uns | 230.00 | 230.00 | 230.00 | 132.48 | 0.00 |
| AMERICAN TRUST CASH ADVANCE | Uns | 460.00 | 460.00 | 460.00 | 264.96 | 0.00 |
| AMERICAN TRUST CASH ADVANCE | Uns | 0.00 | 460.00 | 460.00 | 264.96 | 0.00 |
| SOUTHEAST BANK & TRUST | Uns | 647.83 | 647.83 | 647.83 | 373.15 | 0.00 |
| SADINO FUNDING LLC | Uns | 105.00 | 105.83 | 105.83 | 60.96 | 0.00 |
| PLAZA SERVICES | Uns | 0.00 | 480.00 | 0.00 | 0.00 | 0.00 |
| WOLLEMI ACQUISITIONS LLC | Uns | 8,731.59 | 8,731.59 | 8,731.59 | 5,029.36 | 0.00 |
| HARPETH FINANCIAL SERVICES | Uns | 0.00 | 411.76 | 411.76 | 237.17 | 0.00 |
| HARPETH FINANCIAL SERVICES | Uns | 0.00 | 500.00 | 500.00 | 288.00 | 0.00 |
| HARPETH FINANCIAL SERVICES | Uns | 600.00 | 826.00 | 826.00 | 475.77 | 0.00 |
| TIDEWATER FINANCE COMPANY | Uns | 12,526.64 | 19,493.11 | 19,493.11 | 11,227.93 | 0.00 |
| PPS ORTHOTIC & PROSTHETIC | Uns | 356.68 | 356.68 | 356.68 | 205.45 | 0.00 |
| HIXSON PIKE MEDICAL CENTER/ | Uns | 188.07 | 56.77 | 56.77 | 32.70 | 0.00 |
| MEMORIAL HOSPITAL OUTREACH | Uns | 0.00 | 167.89 | 167.89 | 96.70 | 0.00 |
| HIXSON PIKE MEDICAL CENTER/ | Uns | 0.00 | 36.98 | 36.98 | 21.30 | 0.00 |
| RHEA COUNTY EMERGENCY | Uns | 0.00 | 1,034.55 | 1,034.55 | 595.89 | 0.00 |
| INFECTIOUS DISEASE PHYS OF | Uns | 23.09 | 23.09 | 23.09 | 13.30 | 0.00 |
| HIXSON PIKE MEDICAL CENTER/ | Uns | 0.00 | 163.01 | 163.01 | 93.89 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHCHA DBA ERLANGER HEALTH | Uns | 208.06 | 208.06 | 208.06 | 119.84 | 0.00 |
| PARKRIDGE MEDICAL CENTER | Uns | 294.26 | 294.26 | 294.26 | 169.49 | 0.00 |
| DIRECTV LLC | Uns | 694.73 | 364.69 | 364.69 | 210.06 | 0.00 |
| PREMIER BANKCARD LLC | Uns | 418.13 | 418.13 | 418.13 | 240.84 | 0.00 |
| PREMIER BANKCARD LLC | Uns | 861.34 | 861.34 | 861.34 | 496.13 | 0.00 |
| REGIONS BANK | Uns | 1.00 | 606.44 | 606.44 | 349.31 | 0.00 |
| SPEEDY / RAPID CASH | Uns | 1,000.00 | 500.00 | 500.00 | 288.00 | 0.00 |
| SPEEDY / RAPID CASH | Uns | 0.00 | 500.00 | 500.00 | 288.00 | 0.00 |
| INSOLVE AUTO FUNDING LLC | Sec | 0.00 | 16,293.00 | 16,293.00 | 16,293.00 | 0.00 |
| INSOLVE AUTO FUNDING LLC | Uns | 0.00 | 10,230.13 | 10,230.13 | 5,892.47 | 0.00 |
| GLHEC & AFFILIATES | Uns | 28,795.00 | 39,922.27 | 39,922.27 | 0.00 | 0.00 |
| PIONEER CREDIT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| 1ST MONEY CENTER | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ACE CASH EXPRESS | Uns | 399.98 | NA | NA | 0.00 | 0.00 |
| ASSOC PATHOL | Uns | 95.21 | NA | NA | 0.00 | 0.00 |
| ASSOC PATHOL | Uns | 95.21 | NA | NA | 0.00 | 0.00 |
| AT&T | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| AT&T UVERSE | Uns | 69.79 | NA | NA | 0.00 | 0.00 |
| AT&T UVERSE | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| BEACON HLTH ALLIANCE | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| CARECENTRIX | Uns | 1,833.24 | NA | NA | 0.00 | 0.00 |
| CASH EXPRESS | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| CHATT ORTHOPEDIC GR | Uns | 72.50 | NA | NA | 0.00 | 0.00 |
| DIAGNOSTIC CENTER | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| DIAG IMAG CONSUL | Uns | 38.39 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| HIGHLAND PEDIATRICS | Uns | 125.27 | NA | NA | 0.00 | 0.00 |
| MEDICAL DEPT | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL DEBT | Uns | 166.00 | NA | NA | 0.00 | 0.00 |
| MEMORIAL HLTH PARTNERS | Uns | 115.06 | NA | NA | 0.00 | 0.00 |
| MEMORIAL HOSP | Uns | 759.75 | NA | NA | 0.00 | 0.00 |
| MEMORIAL OUTREACH LAB | Uns | 14.97 | NA | NA | 0.00 | 0.00 |
| MEMORIAL OUTREACH LAB | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| PARKRIDGE MED CTR | Uns | 122.29 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTIC | Uns | 40.23 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| QUICK LOANS | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| REGIONS BANK | Uns | 606.44 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| SIRIUS XM | Uns | 27.09 | NA | NA | 0.00 | 0.00 |
| SOUTHEAST BANK | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| TN INTERVENTIONAL & IMAGING | Uns | 31.86 | NA | NA | 0.00 | 0.00 |
| THE PLASTIC SURGERY GROUP | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| TIDEWATER MOTOR CREDIT | Uns | 1.00 | NA | NA | 0.00 | 0.00 |
| UT ERLANGER HEALTH NETWORK | Uns | 29.41 | NA | NA | 0.00 | 0.00 |
| CLERK U S BANKRUPTCY COURT | Adm | 0.00 | 310.00 | 310.00 | 310.00 | 0.00 |
| ERON H EPSTEIN ESQUIRE | Lgl | 0.00 | 2,850.00 | 2,850.00 | 2,850.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 16,293.00 | $ 16,293.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 16,293.00 | $ 16,293.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 87,610.41 | $ 27,468.11 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,937.89 |
| Disbursements to Creditors | $ 43,761.11 |
| **TOTAL DISBURSEMENTS:** | $ 48,699.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  11/16/2021         By:  /s/ Kara L West
                                     Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)